*Election of Nov. 6, 1990 for Atty. Gen. of Ohio* (1991), 62 Ohio St.3d 1, 2, 577 N.E.2d 343 (holding that the R.C. 2323.51 award of attorney fees to a party harmed by frivolous conduct in a civil action does not apply to election-contest cases because an award under that statute could not be made at the trial of the case). Nor does the argument presented establish entitlement to sanctions. The denial of the motion for sanctions renders moot the motion of state senators Teresa Fodor, Ray Miller, and C.J. Prentiss, and state representative Mike Mitchell for leave to join as amici curiae in the amicus curiae memorandum of U.S. Representative John Conyers Jr. in opposition to the motion for sanctions.

O'CONNOR, J., in Chambers.

## MISCELLANEOUS DISMISSALS

**2004–1711. State ex rel. Fenner v. Indus. Comm.**
Franklin App. No. 03AP—412, 2004-Ohio-4648. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2004–1923. Bakies v. Perrysburg.**
Wood App. Nos. WD–03–055 and WD–03–062, 2004-Ohio-5231. This cause is pending before the court as an appeal from the Court of Appeals for Wood County. Upon consideration of the application for dismissal of appellant GEM Properties,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appeal of GEM Properties be, and hereby is, dismissed. The appeal of Gregory Bakies, Karen Bakies, and Richard Smith remains pending.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0447. State ex rel. Downs v. Panioto.**
Hamilton App. No. C–040784, 2005-Ohio-778.